IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01673-TPO

ERNESTO TAPERIA PEREZ,

     Petitioner,

v.

JUAN BALTAZAR,
Warden of the Aurora Contract Detention Facility;
GEORGE VALDEZ, Acting Field Office Director,
Denver Field Office, U.S. Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security; and
TODD BLANCHE, Acting Attorney General of the United States;
in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 16] by Magistrate Judge Timothy P. O'Hara entered on June 15, 2026, and the Minute Order [ECF 20] by Magistrate Judge Timothy P. O'Hara entered on July 28, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

1

DATED at Denver, Colorado this 28th day of July 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk