IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01673-TPO

ERNESTO TAPERIA PEREZ,

Petitioner,

v.

JUAN BALTAZAR,
Warden of the Aurora Contract Detention Facility;
GEORGE VALDEZ, Acting Field Office Director,
Denver Field Office, U.S. Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security; and
TODD BLANCHE, Acting Attorney General of the United States;

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 19, 2026.**

Before this Court are Petitioner's Motion to Enforce [ECF 23] and Respondents' Motion to Vacate Hearing [ECF 29]. In Respondents' Motion [ECF 29], Respondents note that this Court granted in part the Petition for Writ of Habeas Corpus [ECF 1] and ordered Respondents to conduct a bond determination hearing by June 18, 2026, with the government to bear the burden to justify continued detention of Petitioner by clear and convincing evidence. ECF 29 at 2; ECF 16 at 8. Petitioner filed a Motion to Enforce [ECF 23] on September 28, 2026, and the Court set a motion hearing on the Motion to Enforce on November 30, 2026. ECF 29 at 2.

Petitioner's Motion to Enforce requested his immediate release as relief. ECF 23 at 18. In the Motion to Vacate [ECF 29] Respondents' state that their position has changed since the filing of their response to the Motion to Enforce. ECF 29 at 2. Respondents now agree with Petitioner that "the appropriate relief on Petitioner's Motion to Enforce is his immediate release." ECF 29 at 2–3. Accordingly, the Court finds that there is no opposition to the Motion to Enforce [ECF 23].

In the absence of any opposition, the Court **grants** Petitioner's Motion to Enforce [ECF 23] and **ORDERS** that Respondents release Petitioner within 48 hours of the present Order, i.e., by **November 21, 2026.**

By **November 23, 2026**, the Parties will submit a Joint Status Report to confirm Petitioner's release and compliance with this Court's Order.

In light this development, the Court **grants** the Respondents' Motion to Vacate Hearing [ECF 29] and **vacates** the Motion Hearing that is currently set for 9:00 a.m. on November 30, 2026.

Petitioner's Motion for Limited Relief from July 28, 2026 Compliance Determination and Final Judgment, and for Expedited Consideration [ECF 24], and Petitioner's Motion to Expedite Consideration of Pending Rule 60(b)(1) and Enforcement Motions [ECF 25] are **denied as moot**.